**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/11/2019

IN RE:

JAMES D. MALYUK
NANCY L. MALYUK
10040 HILLWOOD DRIVE
WATTSBURG, PA 16442
XXX-XX-5327        Debtor(s)

XXX-XX-5384

Case No. 16-10530 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/11/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ORION++**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | Trustee Claim Number: 2    INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 10,297.95<br>COMMENT: $@9%/PL~2013-16 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2815 |
| **MAURICE GASTON LLC**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br>EUREKA, CA 95501 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,079.75<br>COMMENT: 455.29/PL@SN SVCNG*758.81x(42+2)=LMT*LOAN MOD~SEE 19*FR GEMINI*DOC 78 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4316 |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY 14702-1132 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7577 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CORRY MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: UZ24 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CORRY MMRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CORRY MMRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9002 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NORTHSTAR CAPITAL ACQUISITION++**<br>170 NORTHPOINTE PKWY<br>STE 300<br>AMHERST, NY 14228 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PENELEC/FIRST ENERGY**<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ  07733 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 7,837.78<br>COMMENT: 4998,9883,7060,9615/CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ATCH |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA  95696 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **RECOVERY MGT SYSTEMS CORP++**<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WASTE MGMT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5536 |
| **ORION++**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 161.81<br>COMMENT: 1478/SCH*VERIZON*3/6/13 CHG OFF*BAD ADR | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4527 |
| **QUANTUM3 GROUP LLC - AGNT QUANTUM3 FU**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,624.12<br>COMMENT: X2782/SCH*ACCELERATED FINANCIAL SOLUTIONS*AARONS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 633R |
| **QUANTUM3 GROUP LLC - AGNT QUANTUM3 FU**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,407.89<br>COMMENT: X1355/SCH*ACCELERATED FINANCIAL SOLUTIONS*AARONS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4363 |
| **QUANTUM3 GROUP LLC - AGNT QUANTUM3 FU**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 176.02<br>COMMENT: X0175/SCH*ACCELERATED FINANCIAL SOLUTIONS*AARONS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4401 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br>ERIE, PA  16508 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 790.38<br>COMMENT: NT/SCH*CHKING ACCT*PII~OBJ! | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4892 |
| **MAURICE GASTON LLC**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br>EUREKA, CA  95501 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,731.74<br>COMMENT: LOSS MIT PMT/OE*BGN 8/16*455.29 X (42+2)=LMT*W/3*LOAN MOD~SEE 21*FR GEM | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4316 |
| **MAURICE GASTON LLC**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br>EUREKA, CA  95501 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: $0ARRS/PL*LOAN MOD @ 19*CL=6477.96*FR GEMINI*DOC 78 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4316 |

| | | |
|---|---|---|
| **MAURICE GASTON LLC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SN SERVICING CORP (*) | Court Claim Number:07 | ACCOUNT NO.:  4316 |
| 323 5TH ST | | |
| | CLAIM:  0.00 | |
| EUREKA, CA  95501 | COMMENT:  PMT/LOAN MOD OE-PL*BGN 2/17*676.36 X (34REM +2)=LMT*FR GEMINI*DOC 78 | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MAURICE GASTON LLC/PRAE | |