**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES D. MALYUK<br>NANCY L. MALYUK<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>    vs.<br>ORION++<br><br>            Respondents | Case No. 16-10530TPA<br><br><br>Chapter 13<br><br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR'S MAILING ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| ORION++<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Court claim# 2/Trustee CID# 14 |

The Movant further certifies that on 12/11/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>      original creditor<br>      putative creditor<br>      counsel for debtor(s)<br>      counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JAMES D. MALYUK, NANCY L. MALYUK, 10040 HILLWOOD DRIVE, WATTSBURG, PA  16442 | DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, PO BOX 966, MEADVILLE, PA  16335 |
| ORIGINAL CREDITOR: | : |
| ORION++, C/O RECOVERY MGMNT SYST CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605 | PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |
| NEW CREDITOR: | |