**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10530-TPA |
| James D Malyuk AND | : | |
| Nancy L Malyuk, | : | |
| Debtors, | : | CHAPTER 13 |
| | : | |
| James D Malyuk, | : | MOTION NO.: WO - 1 |
| Movant, | : | |
| | : | RELATED TO DOCKET NO.: 87 |
| vs. | : | |
| | : | |
| Parker Hannifin Corporation, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: March 3, 2020

By: /s/ Clarissa Bayhurst
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

\*Parties served by the court electronically were not served by regular mail

## MATRIX

**PARKER HANNIFIN CORPORATION**
**6035 PARKLAND BOULEVARD**
**CLEVELAND OH 44124**