**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JAMES D. MALYUK<br>  NANCY L. MALYUK<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>      Movant<br>      vs.<br>  JAMES D. MALYUK<br>  NANCY L. MALYUK<br><br>      Respondents | Case No.16-10530TPA<br><br>Chapter 13<br><br>Document No. ___86___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __2nd__ day of __March__, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

> Parker Hannifin Corp
> Attn: Payroll Manager
> 6035 Parkland Blvd
> Cleveland,OH 44124-

is hereby ordered to immediately terminate the attachment of the wages of JAMES D. MALYUK, social security number XXX-XX-5327. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES D. MALYUK.

BY THE COURT:

_____
                                              ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

*[Filed stamp: 3/2/20 9:20 am CLERK U.S. BANKRUPTCY COURT - WDPA]*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James D. Malyuk
Nancy L. Malyuk
    Debtors

Case No. 16-10530-TPA
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: agro | Page 1 of 1 | Date Rcvd: Mar 02, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.
db/jdb     +James D. Malyuk,   Nancy L. Malyuk,   10040 Hillwood Drive,   Wattsburg, PA 16442-9578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
    Brian E. Caine    on behalf of Creditor    Gemini Capital Managers LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
    Daniel P. Foster    on behalf of Joint Debtor Nancy L. Malyuk dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    Daniel P. Foster    on behalf of Debtor James D. Malyuk dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    James Warmbrodt    on behalf of Creditor    Maurice Gaston LLC bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     TOTAL: 6