SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

**TO:**   1.  *Intake Clerk* *

        2.  *Case Administrator*

**UC**

**FROM:**   *Financial Administrator*

**DATE:**   4/2/2020

**CASE NAME:**   Malyuk

**CASE NUMBER:**   16-10530-TPA

Check Number 1152754 in the amount of $ 51.40 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:**   16825     **Intake Clerk's Initials**   LF

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
03/27/2020

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: JAMES D. MALYUK
NANCY L. MALYUK
Case No: 16-10530TPA

Dear Mr. Rhodes:

  I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
  These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Orion++
C/O Recovery Mgmnt Syst Corp
25 Se 2Nd Ave Ste 1120
Miami, FL 33131-1605

CHECK NUMBER 1152754        AMOUNT $51.40

  The disbursement(s) was returned to the Trustee for the following reason:

BAD ADDRESS

  Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Susan Legler
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: DANIEL P FOSTER ESQ**
JAMES D. MALYUK
NANCY L. MALYUK
Orion++