**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James D. Malyuk |
| Debtor 2 (Spouse, if filing) | Nancy L. Malyuk |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 16-10530-TPA |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Maruice Gaston LLC

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 3 1 6

**Property address:**
10040 Hillwood Drive
Number   Street

Wattsburg   PA   16442
City          State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

| Debtor 1 | James D. Malyuk | | | 16-10530-TPA |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (*if known*) |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/Jody Lee    Date 04/09/2020
Signature

Print: Jody Lee    Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 323    5th Street
Number    Street

Eureka    CA    95501
City    State    ZIP Code

Contact phone ( 800 ) 603 – 0836    Email bknotices@snsc.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| **James D. Malyuk** | :CHAPTER 13 |
| **Nancy L. Malyuk** | : |
|         **Debtors** | :CASE NO: 16-10530-TPA |
| ------------------------------------------------- | : |
| Maurice Gaston LLC | : |
|         Movant | : |
| v. | : |
| James D. Malyuk | : |
| Nancy L. Malyuk | : |
|       Debtors | : |
|    and | : |
| Ronda J. Winnecour, Esq. (Trustee) | : |
|       Respondents | : |

## CERTIFICATE OF SERVICE OF RESPONSE TO
## NOTICE OF FINAL CURE MORTGAGE PAYMENT

    I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on April 9, 2020.

**SERVICE BY Notice of Electronic Filing:**

Daniel P. Foster, Esq.
Foster Law Offices
PO Box 966
Meadville, PA 16335
(dan@mrdebtbuster.com)

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(USTP.Region03@USDOJ.gov)

Ronda J. Winnecour, Esq**.**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(CMECF@Chapter13TrusteeWDPA.com)

**SERVICE BY First-Class Mail:**

James D. Malyuk
10040 Hillwood Drive
Wattsburg, PA 16442

Nancy L. Malyuk
10040 Hillwood Drive
Wattsburg, PA 16442

EXECUTED ON:  4/9/2020

                              By:/s/Brian E. Caine
                              BRIAN E. CAINE, ESQ.
                              PA Attorney ID 86057
                              PARKER McCAY P.A.
                              9000 Midlantic Drive, Suite 300
                              Mount Laurel, New Jersey  08054
                              (p) 856-985-4059
                              (fax) 856-596-3427
                              bcaine@parkermccay.com
                              *Attorney for Maurice Gaston LLC*