Form 600a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James D. Malyuk** | : | Case No. 16−10530−TPA |
| **Nancy L. Malyuk** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ronda J. Winnecour, Ch 13 Trustee | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 94 |
| v. | : | |
| No Respondent | : | Hearing Date: 6/24/20 at 12:00 PM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATES FOR RESPONSE**
**AND TELEPHONIC HEARING ON MOTION**

*AND NOW,* this *The 30th of April, 2020*, a *Trustee's Motion for Approval of Report of Receipts and Disbursements – Plan Completed* having been filed at Doc. No. 94 by Ronda J. Winnecour, Ch 13 Trustee,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2)   **On or before June 15, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3)   This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on *June 24, 2020* at *12:00 PM* in at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

(4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

Dated: April 30, 2020

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All parties

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10530-TPA
James D. Malyuk                                                           Chapter 13
Nancy L. Malyuk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 2           Date Rcvd: Apr 30, 2020
                              Form ID: 600a           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db/jdb         +James D. Malyuk,    Nancy L. Malyuk,    10040 Hillwood Drive,     Wattsburg, PA 16442-9578
14239202       +Erie County Tax Claim Bureau,    140 West 6th Street,     Erie, PA 16501-1073
14239203       +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
14246326       +Northstar Capital Acquisition,    170 North Pointe Parkway, Suite 300,    Amherst, NY 14228-1992
14246323       +Northwest Savings Bank,    PO Box 337,    Warren PA 16365-0337
14239204       +Penelec,   PO Box 3687,    Akron, OH 44309-3687
14239207       +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:54
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL   33131-1605
14239200       +E-mail/Text: matthartweg@cbjcredit.com May 01 2020 03:09:47      Cbj Credit Recovery,
                 Po Box 1132,    Jamestown, NY 14702-1132
14263006       +E-mail/Text: kthomas@eriefcu.org May 01 2020 03:09:23      Erie Federal Credit Union,
                 1109 E. 38th Street,    Erie, PA 16504-1845
14312063       +E-mail/Text: bknotices@snsc.com May 01 2020 03:09:48      Gemini Capital Managers LLC,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
15109542       +E-mail/Text: bknotices@snsc.com May 01 2020 03:09:48      Maurice Gaston LLC,
                 C/O SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
14246324       +E-mail/Text: bankruptcydpt@mcmcg.com May 01 2020 03:09:32      Midland Credit Management,
                 2365 Northside Drive,    Suite 300,    San Diego CA 92108-2709
14246325       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2020 03:16:00      Midland Funding LLC,
                 Attn: Department 1,    PO Box 4457,    Houston TX 77210-4457
14248778        E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:27      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14246327       +E-mail/Text: csidl@sbcglobal.net May 01 2020 03:09:40      Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville CA 95696-8208
14262098        E-mail/Text: bnc-quantum@quantum3group.com May 01 2020 03:09:24
                 Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
14243587        E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
14239205       +E-mail/PDF: rmscedi@recoverycorp.com May 01 2020 03:15:27
                 Recovery Management Systems Corporation,    25 SE Second Avenue,    Suite 1220,
                 Miami, FL   33131-1605
14239206        E-mail/Text: bknotices@snsc.com May 01 2020 03:09:49      SN Servicing Corporation,
                 323 Fifth Street,    Eureka, CA 95501
14239208       +E-mail/Text: webadmin@vhllc.co May 01 2020 03:09:43      Vance & Huffman Llc,
                 55 Monette Parkway Suite 100,    Smithfield, VA 23430-2577
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Gemini Capital Managers LLC
cr              Maurice Gaston LLC
14239201     ##+Collection Service Center,   689 North Hermitage Road #6,    Hermitage, PA 16148-3237
14248723     ##+Penelec,   c/o First Energy,   331 Newman Spring Road, Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                              TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: lmar                  Page 2 of 2                   Date Rcvd: Apr 30, 2020
                               Form ID: 600a               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              Brian E. Caine    on behalf of Creditor    Maurice Gaston LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E. Caine    on behalf of Creditor    Gemini Capital Managers LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel P. Foster    on behalf of Joint Debtor Nancy L. Malyuk dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor James D. Malyuk dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Maurice Gaston LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```